UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| PAUL CIAMPA AND KELLY CIAMPA )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>OCWEN LOAN SERVICING, LLC, )<br>U.S. BANK NATIONAL ASSOCIATION, )<br>AS TRUSTEE FOR C-BASS 2006-CB7 )<br>TRUST, MORTGAGE ELECTRONIC )<br>SYSTEMS, INC., AND KORDE & )<br>ASSOCIATES )<br>    Defendants. ) | Case No. 1:13-CV-00256-PB |

## STIPULATION OF DISMISSAL

THE PARTIES, Plaintiffs Paul Ciampa and Kelly Ciampa, and Defendants Ocwen Loan Servicing, LLC, U.S. Bank, National Association, as Trustee for C-BASS 2006-CB7 Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-CB7 (improperly named as U.S. Bank Nation Association as Trustee for C-Bass 2006-CB7 Trust), and Mortgage Electronic Registration Systems, Inc. hereby stipulate that this matter shall be dismissed with prejudice, without costs and all rights of appeal waived.

**[SIGNATURES FOLLOWED ON SECOND PAGE]**

1

|  |  |
|---|---|
|  | Respectfully submitted,<br>DEFENDANTS, OCWEN LOAN SERVICING, LLC, U U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR C-BASS 2006-CB7 TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB7, MORTGAGE ELECTRONIC SYSTEMS, INC.,<br>By their attorney, |
|  | /s/ Jessica S. Babine_____<br>Jessica S. Babine, Esq.<br>[NH Bar Id. 19521]<br>HOUSER & ALLISON, APC<br>Old City Hall<br>45 School Street, 3rd Floor<br>Boston, MA 02109<br>Phone: (617) 371-0922<br>Fax: (617) 371-0923 |
| Dated: March 12, 2014 | jbabine@houser-law.com |

** AND **

|  |  |
|---|---|
|  | Respectfully submitted,<br>PAUL CIAMPA AND KELLY CIAMPA,<br>By their attorney, |
|  | /s/ Stephen T. Martin_____<br>Stephen T. Martin, Esq.<br>[NH Bar Id. 19567]<br>THE LAW OFFICES OF MARTIN & HIPPLE, PLLC<br>22 Bridge Street, Suite 3<br>Concord, NH 03301<br>Phone: (603) 856-0202 |
| Dated: March 12, 2014 | smartin@nhlegalservices.com |